# Exhibit A

**CONSENT TO SUE**

I hereby give my consent to file suit on my behalf under the Fair Labor Standards Act or any other state or federal laws. I hereby authorize my attorneys, Avanti Law Group, PLLC, to represent me in any Court or Agency.

In the event that I can not be reached despite reasonable efforts to contact me, I further authorize Avanti Law Group PLLC to engage in settlement negotiations and, if in their professional judgment it is in my best interest, to resolve my claims on reasonable terms consistent with the facts of my case and applicable law.

Date: 08/08/2026

Signature: Javier Jose Jimenez

Printed Name: Javier Jose Jimenez